UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>      Plaintiff,<br><br>  v.<br><br>Fay F. Rodriguez, in her individual and representative capacity as trustee of the Trust A of the Rodriguez Family Trust; and Does 1-10,<br><br>      Defendants. | Case: 8:14-CV-01149-DOC-JPR<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**  [13] |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  Sept. 24, 2014    _David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE